# Court of Appeals
# of the State of Georgia

ATLANTA,  October 01, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0252. B. REID ZEH v. BRUNSWICK NEWS PUBLISHING COMPANY.**

The Appellant in the above-styled case has filed a motion entitled Appellant's Unopposed Motion To Withdraw Appeal.  Said motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/01/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*